FILED: July 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2240 (L)
(3:08-bk-35653)

_____

In re: CIRCUIT CITY STORES, INCORPORATED; CIRCUIT CITY STORES WEST COAST, INCORPORATED; INTERTAN, INC.; VENTOUX INTERNATIONAL, INC.; CIRCUIT CITY PURCHASING COMPANY, LLC; CC AVIATION, LLC; CC DISTRIBUTION COMPANY OF VIRGINIA, INC.; CIRCUIT CITY PROPERTIES, LLC; KINZER TECHNOLOGY, LLC; ABBOTT ADVERTISING AGENCY, INCORPORATED; PATAPSCO DESIGNS, INC.; SKY VENTURE CORP.; PRAHS, INC.(N/A); XSSTUFF, LLC; MAYLAND MN, LLC; COURCHEVEL, LLC; ORBYX ELECTRONICS, LLC; CIRCUIT CITY STORES PR, LLC

        Debtors

------------------------------

ALFRED H. SIEGEL, Trustee of the Circuit City Stores, Inc. Liquidating Trust

        Plaintiff - Appellee

v.

JOHN P. FITZGERALD, III, Acting United States Trustee for Region 4

        Defendant - Appellant

------------------------------

ACADIANA MANAGEMENT GROUP, LLC; ALBUQUERQUE-AMG SPECIALTY HOSPITAL, LLC; CENTRAL INDIANA-AMG SPECIALTY HOSPITAL, LLC; LTAC HOSPITAL OF EDMOND, LLC; HOUMA-AMG SPECIALTY HOSPITAL, LLC; LTAC OF LOUISIANA, LLC; LAS VEGAS-AMG SPECIALTY HOSPITAL, LLC; WARREN BOEGEL; BOEGEL FARMS, LLC; THREE BO'S, INC.

  Amici Supporting Appellee

---

## O R D E R

---

  This case comes to us on remand from the Supreme Court of the United States. Siegel v. Fitzgerald, 596 U.S. ___ (2022). We in turn remand the case to the Bankruptcy Court for the Eastern District of Virginia for consideration of remedies in light of the Supreme Court's decision in Siegel. Any prior orders regarding remedies are vacated so the bankruptcy court is not constrained from seeking and receiving appropriate evidence to address the remedies issue.

  Entered at the direction of Judge King with the concurrence of Judge Quattlebaum and Senior Judge Traxler.

            For the Court

            <u>/s/ Patricia S. Connor, Clerk</u>